IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE BUSH, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al. | : | NO. 10-4308 |
|     Respondents. | : | |

## ORDER

AND NOW, this  26th  day of January, 2011, IT IS HEREBY ORDERED that:

1. By February 7, 2011, Petitioner shall inform the Court how he would like to proceed with his petition filed under 28 U.S.C. § 2254. Petitioner shall do so by completing and signing the check-off form that is attached to this Order. Petitioner shall also send a copy of the completed check-off form to the District Attorney.

2. If Petitioner chooses to proceed with his habeas petition as filed, Respondents shall file a response addressing the merits of Petitioner's claims by March 7, 2011.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE BUSH, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al. | : | NO. 10-4308 |
|     Respondents. | : | |

    [ ] I would like to withdraw my § 2254 petition in order to file one (1) all-inclusive petition with the understanding that it must be filed within the one (1) year statute of limitations of 28 U.S.C. § 2244(d).

    [ ] I would like to proceed with the two claims asserted in my § 2254 petition as filed.


DATE:                       _____
                                             Petitioner